

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN FULTON, ANTHONY MITCHELL, and ANTONIO SHAW, <br><br> Plaintiff, <br><br> vs. <br><br> DET. ZALATORIS #20919, DET. L. ROLSTON #20101, J. BREEN #60051, DET J. STRUCK #20857, DET R. GIRARDI #20479 and DET E. WINSTEAD #20019, individually, <br><br> Defendants. | No. 07 C 5569 <br><br> Judge John W. Darrah |

**FILED**
APR 1 0 2012 YM
APR 10 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

CITY OF CHICAGO, a Municipal Corporation

_____
Gregory Kulis
Attorney for plaintiffs,
John Fulton, Anthony Mitchell and
Antonio Shaw
Gregory Kulis & Associates, Ltd
30 N. LaSalle St., Suite 2140
Chicago, IL 60602
(312) 580-1830
Attorney No. _____
FEIN: _____
DATE: _____

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY: _____
Robin Shoffner
Assistant Corporation Counsel
Attorney for defendants,
Joseph Struck, James Breen, Edward Winstead,
Robert Girardi, Leonard Ralston and John Zalatoris
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4746
Attorney No. 06204393
DATE: 26 March 2012